# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAMAR COLLINS,<br><br>　　　　　　Defendant. | Case No.: 2:18-cr-00051-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 75) |

Pending before the Court is Defendant's request to continue the initial appearance hearing set on the instant case. Docket No. 75. Counsel for Defendant represents that she learned of the hearing this morning and that she is unavailable to appear today due to a prior commitment. *Id*. at 1. Counsel therefore asks to continue the hearing. *Id*.

The Court **GRANTS** Defendant's motion. Docket No. 75. Defendant's initial appearance hearing is continued to January 24, 2020, at 3:00 p.m. in Courtroom 3C.

IT IS SO ORDERED.

DATED: January 23, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE