# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LAMAR LEE COLLINS, <br> Defendant. | Case No.: 2:18-cr-00051-RFB-NJK <br><br> **ORDER** <br> (Docket No. 83) |

Pending before the Court is the United States' motion to admit hearsay at the revocation preliminary hearing. Docket No. 83. Defendant responded and the United States replied. Docket Nos. 87, 89.

Federal Rule of Evidence 1101(d)(3) clearly states that the Federal Rules of Evidence do not apply to a preliminary examination in a criminal case; therefore, hearsay is clearly admissible at such preliminary examination. The Court does not need a motion from a party in order to comply with Federal Rules, including FRE 1101(d)(3); rather, such motion serves no purpose other than to clutter the Court's docket. Accordingly, the United States' motion, Docket No. 83, is **DENIED** as unnecessary.

IT IS SO ORDERED.

DATED: January 30, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE