BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300
Email: rpocker@bsfllp.com

Attorneys for Defendant
 LAMAR LEE COLLINS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )      Case No.: 2:18-cr-00051-RFB-NJK
                                    )
v.                                  )
                                    )
LAMAR LEE COLLINS,                  )
                                    )
                    Defendant.      )
_____)

## <u>STIPULATION AND ORDER TO CONTINUE PROBATION REVOCATION HEARING</u>
### (First Request)

IT IS HEREBY STIPULATED, by and between Defendant LAMAR LEE COLLINS, by and through his attorney (Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP), and the Plaintiff UNITED STATES OF AMERICA (hereinafter, "the Government"), by and through its attorney (Special Assistant United States Attorney Rachel Kent), that the Probation Revocation Hearing presently scheduled for February 5, 2020 at 2:00 p.m. be vacated and continued to a later date convenient to the Court, but no earlier than 28 days from the date this Stipulation is approved.

This Stipulation is submitted for the following reasons:

1.      On January 24, 2020, Defendant COLLINS made his Initial Appearance with respect to the proposed Revocation of Probation.  At the conclusion of those proceedings, the Court scheduled a Preliminary Hearing for January 31, 2020 at 10:00 a.m.  The Probation Revocation in the present case is scheduled for February 5, 2020 at 2:00 p.m. before the Honorable Richard Boulware II.  The parties have submitted to the Court a separate stipulation seeking to continue the Preliminary Hearing in this matter for a period no shorter than 21 days from the present date.

2.      Defendant COLLINS and his counsel both require additional time in which to meet and prepare for both the Preliminary Hearing and the subsequent Probation Revocation Hearing, should the Court conclude that probable cause supports the allegations in the Petition and Amended Petition seeking revocation of Defendant COLLINS' probation.  Defendant COLLINS has acknowledged his right to a prompt Preliminary Hearing and Probation Revocation Hearing, and he consents to this continuance in order to enhance his preparation, his incarcerated status notwithstanding.

3.      The Government has no objection to the requested continuance of the Preliminary Hearing and the Probation Revocation Hearing.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.     This is the first request to continue the Probation Revocation Hearing in the present case.

DATED this 30th day of January, 2020.

BOIES SCHILLER FLEXNER LLP

By: /s/ Richard J. Pocker
    RICHARD J. POCKER, ESQ.
    Counsel for LAMAR LEE COLLINS

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Rachel Kent
    RACHEL KENT, ESQ.
    Special Assistant United States
    Attorney

### **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT the Probation Revocation Hearing in the present case be continued to _____March 12_____, 2020   at 11:00 AM in LV Courtroom 7C.

DATED this 30th day of January, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3