BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300
Email: rpocker@bsfllp.com

Attorneys for Defendant
  LAMAR LEE COLLINS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:18-cr-00051-RFB-NJK |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR LEE COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AS TO PETITION FOR REVOCATION OF PROBATION
**(First Request)**

IT IS HEREBY STIPULATED, by and between Defendant LAMAR LEE COLLINS, by and through his attorney (Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP), and the Plaintiff UNITED STATES OF AMERICA (hereinafter, "the Government"), by and through its attorney (Special Assistant United States Attorney Rachel Kent), that the Preliminary Hearing presently scheduled for January 31, 2020 at 10:00 a.m. be vacated and continued to a later date convenient to the Court, but no earlier than 21 days from the date this Stipulation is approved.

This Stipulation is submitted for the following reasons:

1.      On January 24, 2020, Defendant COLLINS made his Initial Appearance with respect to the proposed Revocation of Probation.  At the conclusion of those proceedings, the Court scheduled a Preliminary Hearing for January 31, 2020 at 10:00 a.m.  The Probation Revocation in the present case is scheduled for February 5, 2020 at 2:00 p.m. before the Honorable Richard Boulware II.

2.      Defendant COLLINS and his counsel both require additional time in which to meet and prepare for both the Preliminary Hearing and the subsequent Probation Revocation Hearing, should the Court conclude that probable cause supports the allegations in the Petition and Amended Petition seeking revocation of Defendant COLLINS' probation.  Defendant COLLINS has acknowledged his right to a prompt Preliminary Hearing and consents to this continuance in order to enhance his preparation, his incarcerated status notwithstanding.

3.      The Government has no objection to the requested continuance of the Preliminary Hearing.

4.      In conjunction with this Stipulation the parties will be submitting a stipulation to continue the February 5, 2020 Probation Revocation Hearing before Judge Boulware.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5.    This is the first request to continue the preliminary hearing in the present case.

DATED this 30th day of January, 2020.

BOIES SCHILLER FLEXNER LLP                    NICHOLAS A. TRUTANICH
                                              United States Attorney


By: /s/ Richard J. Pocker                     By: /s/ Rachel Kent
    RICHARD J. POCKER, ESQ.                        RACHEL KENT, ESQ.
    Counsel for LAMAR LEE COLLINS                  Special Assistant United States
                                                   Attorney



## ORDER

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT the preliminary hearing in the present case be continued to February 24, 2020, at 10:00 a.m.

DATED this 31st day of January, 2020.


_____
UNITED STATES MAGISTRATE JUDGE

3