# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Lamar Lee Collins**

Case Number: **2:18CR00051**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **April 23, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **60 Months probation**

Date of Prior Revocation: **March 12, 2020**

Revocation Sentence: **12 Months and 1 day; 2 years TSR**

Date Supervision Commenced: **April 1, 2020**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Report Within 72 Hours** - **You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.**

RE: Lamar Lee Collins

Prob12C
D/NV Form
Rev. March 2017

On April 1, 2020, Collins was released from BOP custody after over serving his custody time by four hundred and seventy-nine (479) days. Per Collin's conditions, he was required to report to the Probation Office within seventy-two (72) hours of his release, which he failed to do. His current whereabouts are unknown.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **April 17, 2020**

Digitally signed by Cecil B. McCarroll
Date: 2020.04.17 15:51:35 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Todd Fredlund
2020.04.17
15:10:00 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

RE: Lamar Lee Collins

Prob12C
D/NV Form
Rev. March 2017

*THE COURT ORDERS*

☐     No Action.
☑     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

                                        _____
                                        RICHARD F. BOULWARE, II
                                        UNITED STATES DISTRICT JUDGE

                                        _____April 20,2020_____
                                        Date

RE: Lamar Lee Collins

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. LAMAR LEE COLLINS, 2:18CR00051

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### April 17, 2020

On April 23, 2019, Your Honor sentenced Collins to a term of 60 months' probation for committing the offense of Felon in Possession of a Firearm. Following the hearing, Collins was instructed to report to the probation office the following date.

On April 24, 2019, Collins failed to report in office and his whereabouts were unknown. As a result, a motion to revoke probation was filed on April 30, 2019 based on Collins not reporting to Probation within 72 hours of release from custody, not reporting any change of address or employment and failure to register his address with the local police department.

On May 30, 2019, Collins was returned back to court for a revocation hearing based on these violations. Collins admitted to all three violations and his probation was modified to include inpatient substance abuse treatment with a status conference hearing to be set upon completion of inpatient treatment. Collins's special conditions of Home Detention, Location "GPS" Monitoring and C.A.R.E. Program were held in abeyance by the Court until Collins completes inpatient substance abuse treatment. Your Honor continued the revocation hearing to November 21, 2019.

Collins reported to the probation office on June 11, 2019 and was transported to WestCare detox facility until he could be transported to WestCare Harris Spring Ranch for residential treatment. Collins contacted the Probation Office on June 13, 2019 to inform that he arrived at Harris Spring Ranch on June 12, 2019.

On June 22, 2019, the Probation Office received notice that Collins had absconded from the program. WestCare officials reported that Collins was transported to WestCare facility in Las Vegas for reading of this TB test. Upon arrival at the facility Collins exited the van and ran.

On September 25, 2019, while being an absconder, Collins was arrested and charged with the following crimes: Possession/Receiving Forged Instrument Tools, in violation of N.R.S. 205.160; Use of Credit/Debit Card or ID Without Consent, in violation of N.R.S. 205.760.1; Conspiracy to Commit Burglary, in violation of N.R.S. 205.060.2; 1st Degree Burglary, in violation of N.R.S. 205.060.2; and Possession of a Gun by a Prohibited Person, in violation of N.R.S. 202.360.1.

On March 12, 2020, Your Honor revoked Collin's supervision and ordered him to serve twelve (12) months and one (1) in custody with two (2) years of supervised released to follow. Collins was handed a copy of his conditions of supervision and acknowledged receipt in Court.

RE: Lamar Lee Collins

Prob12C
D/NV Form
Rev. March 2017

On April 01, 2020, Collins was released from BOP custody after over serving his custody time by four hundred and seventy-nine (479) days. Per Collin's conditions, he was supposed to report to the Probation Office within seventy-two (72) hours of his release, which he failed to do.

Once again, Collins has absconded from supervision which is in direct violation of his conditions of supervision. Collins has shown time after time that he has no desire to complete his supervision successfully. Collins is a danger to the community and quite possibly to himself. Therefore, the issuance of a warrant to initiate revocation proceedings is requested. It is further recommended Collins remain in custody pending disposition of this matter, as both a flight risk and that he has already demonstrated his inability to abide by his court-ordered conditions.

Respectfully submitted,

Digitally signed by Cecil B. McCarroll
Date: 2020.04.17 15:52:30 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Todd Fredlund
2020.04.17 15:10:41 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer